F I L E D
CLERK, U.S. DISTRICT COURT

05/05/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:23-cr-00056-FWS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 39B(a)(2): Unsafe Operation of an Unmanned Aircraft] |
| ALEXANDER MILINOVIC, | |
| Defendant. | [CLASS A MISDEMEANOR] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 39B(a)(2)]

On or about June 19, 2022, in Orange County, within the Central District of California, defendant ALEXANDER MILINOVIC operated an unmanned aircraft, namely, a DJI FPV drone bearing serial number 37QBHB400101HH, and recklessly interfered with, and disrupted the operation of, an aircraft carrying one or more occupants that was operating in the special aircraft jurisdiction of the United States, namely, a civilian Gyrocopter, in a manner that posed an imminent safety hazard to the occupants of the Gyrocopter.

COUNT TWO

[18 U.S.C. § 39B(a)(2)]

On or about July 26, 2022, in Orange County, within the Central District of California, defendant ALEXANDER MILINOVIC operated an unmanned aircraft, namely, a DJI FPV drone bearing serial number 37QBHB400101HH, and recklessly interfered with, and disrupted the operation of, an aircraft carrying one or more occupants that was operating in the special aircraft jurisdiction of the United States, namely, a commercial airship (commonly known as a blimp), in a manner that posed an imminent safety hazard to the occupant of the airship.

COUNT THREE

[18 U.S.C. § 39B(a)(2)]

On or about March 19, 2023, in Orange County, within the Central District of California, defendant ALEXANDER MILINOVIC operated an unmanned aircraft, namely, a DJI FPV drone bearing serial number 37QBHB400101HH, and recklessly interfered with, and disrupted the operation of, an aircraft carrying one or more occupants that was operating in the special aircraft jurisdiction of the United States, namely, a United States Coast Guard Jayhawk rescue helicopter, in a manner that posed an imminent safety hazard to the occupants of the helicopter.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

3